UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 06-87(03) (PAM/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| Cecilia Ann Stanifer, | |
| Defendant. | |

This matter is before the Court on Defendant's request for an extension of her surrender date. This request is reasonable. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's request for an extension of her surrender date is **GRANTED**;

2. Defendant shall voluntarily surrender to the Office of the United States Marshal in Minneapolis or at such other place as the Marshal designates on Monday, April 16, 2007, at or before 11:00 a.m.; and

3. Until her surrender, Defendant shall report regularly to Pretrial Services and comply with all requirements imposed by Pretrial Services.

Dated:  March 20, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge