UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 06-87(3) (PAM) |
| Plaintiff, | |
| v. | **ORDER** |
| Cecilia Ann Stanifer, | |
| Defendant. | |

This matter is before the Court on Defendant's Petition for Relief from a sentencing order imposing restitution. On May 31, 2006, Defendant pled guilty to conspiracy to commit bank fraud in violation of 18 U.S.C. § 371 and making a counterfeit security in violation of 18 U.S.C. § 513(a). On February 28, 2007, the Court sentenced Defendant. As part of that sentence, the Court required Defendant to pay restitution of $693,405.70 in installments, jointly and severally with all co-defendants.

By letter dated July 11, 2007, Defendant now asks the Court to suspend payment of restitution until her release. Defendant identified no material change in her economic circumstances that might affect her ability to pay restitution. See 18 U.S.C. § 3664(k). Accordingly, Defendant's Petition for Relief (no docket number) is **DENIED**.

Dated: August 2, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge