UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America, Crim. No. 06-87(3) (PAM)

Plaintiff,

v. **ORDER**

Cecelia Ann Stanifer Viel,

Defendant.

---

This matter is before the Court on Defendant's request to appoint counsel to assist her with the issue of restitution. The Court finds that it is in the interest of justice that counsel be appointed, and that Defendant is financially unable to employ counsel.

Accordingly, **IT IS HEREBY ORDERED that** Defendant's Motion (Docket No. 670) is **GRANTED** and Ambroise Decilap, Assistant Federal Defender, and the Office of the Federal Defender are appointed to represent Defendant under 18 U.S.C. § 3006A.

Dated: October 14, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge